UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTIANA RASUL-CHIONO,<br>　　　　　Plaintiff(s),<br>　　v.<br><br>SUBCA et al,<br>　　　　　Defendant(s). | CASE NO. C23-1504-KKE<br><br>ORDER TO SHOW CAUSE |

　　　　This matter comes before the Court sua sponte.  On September 27, 2023, Plaintiff filed an application to proceed in forma pauperis.  Dkt. No. 1.  Plaintiff failed to provide a required signature on page two of the application.  *Id.* at 2.  The Court mailed notice to Plaintiff alerting them to this error and instructed Plaintiff to correct the application by October 30, 2023.  Dkt. No. 2.  The mail was returned as undeliverable.  Dkt. No. 3.  Local Civil Rule 3 requires parties to either pay the applicable filing fee or submit a completed application to proceed in forma pauperis.  Local Rule 10(f) requires parties to file a notice with the court of any change in address.  Plaintiff has failed to comply with these rules.

　　　　Accordingly, the Court ORDERS Plaintiff to show cause by December 4, 2023, why this action should not be dismissed.  Absent a timely response or corrections to the IFP and Plaintiff's address, the Court will dismiss this case without prejudice.

　　　　Dated this 21st day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson

ORDER TO SHOW CAUSE - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

United States District Judge

ORDER TO SHOW CAUSE - 2