UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTIANA RASUL-CHIONO,<br>    Plaintiff(s),<br> v.<br>SUBCA et al,<br>    Defendant(s). | CASE NO. C23-1504-KKE<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

This matter comes before the Court sua sponte. On September 27, 2023, Plaintiff filed an application to proceed in forma pauperis. Dkt. No. 1. Plaintiff failed to provide a required signature on page two of the application. *Id.* at 2. The Court mailed notice to Plaintiff alerting them to this error and instructed Plaintiff to correct the application by October 30, 2023. Dkt. No. 2. The mail was returned as undeliverable. Dkt. No. 3. Local Civil Rule 3 requires parties to either pay the applicable filing fee or submit a completed application to proceed in forma pauperis. Local Rule 10(f) requires parties to file a notice with the court of any change in address. Plaintiff has failed to comply with these rules. The Court ordered Plaintiff to correct these errors by December 4, 2023 or the case would dismissed without prejudice. Dkt. No. 5. The Court may dismiss a plaintiff's action without prejudice if they fail to pay the filing fee or obtain IFP status. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995). Plaintiff has not responded.

Accordingly, the Court DISMISSES this case without prejudice. The Clerk is ordered to CLOSE the case.

Dated this 11th day of December, 2023.

Kymberly K. Evanson
United States District Judge